Filing # 32759254 E-Filed 10/02/2015 09:47:53 AM

FILED

2015 NOV -4  PM 3: 07
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

NANCY RICHARDSON MCCASKEY, as
Trustee of the Nancy Richardson McCaskey
Revocable Trust,

    Plaintiff,

v.

EDWARD A. MULÉ and MARIAN M. MULÉ,

    Defendants.
_____/

Case No.

2:15-CV-690-FtM-29MRM

## COMPLAINT

Plaintiff, NANCY RICHARDSON MCCASKEY, as Trustee of the Nancy Richardson McCaskey Revocable Trust (the "Trust"), by and through its undersigned counsel, and in accordance with the Florida Rules of Civil Procedure, brings this action against Defendants, EDWARD A. MULÉ and MARIAN M. MULÉ (collectively, "the Mulés"), and states as follows:

### JURISDICTION AND VENUE

1. This is an action for specific performance of a contract to purchase real estate, the value of which exceeds $15,000.00.

2. Venue is appropriate in Collier County, Florida, because the real property which is the subject of this action is located in Collier County, Florida.

### PARTIES

3. Plaintiff, the Trust, is a revocable trust which was to take title to real property in Collier County, Florida.

4. Defendants, the Mulés, are adult individuals who own property, including the property which is the subject of this action, in Collier County, Florida.

## ACTION FOR SPECIFIC PERFORMANCE OF REAL ESTATE CONTRACT

5. The Trust and the Mulés entered into a Contract, effective August 12, 2015, whereby the Trust was to purchase from the Mulés the real property located at 7117 Pelican Bay Blvd. #1701, Naples, FL 34108, which is legally described as:

> Unit No. 1701, St. Raphael, a condominium, together with the pro-rata interest in the Common Elements and Common Property of the Condominium and Limited Common Elements appurtenant thereof, more particularly delineated and identified in the Declaration of Condominium of St. Raphael, a condominium, recorded in O.R. Book 2682, Page 1967, et. seq., Public Records of Collier County, Florida.

(hereinafter the "Property"). A true and correct copy of the Contract is attached hereto as Exhibit "A."

6. At all relevant times, the Mulés owned and still own the Property.

7. Pursuant to the Contract, the Trust was to pay $1,700,000.00 for the Property, and the transaction was to close on September 22, 2015.

8. On September 22, 2015, and at all times thereafter, the Trust was and remains ready, willing and able to pay the balance due under the Contract and to close the transaction.

9. The Trust complied with all of its obligations under the Contract.

10. The Mulés failed and refused to close the transaction on September 22, 2015, and otherwise anticipatorily breached the Contract.

11. The Trust is entitled to specific performance pursuant to Standard O of the Contract, because the Mulés failed to perform their obligations under the Contract.

12. The Trust does not have an adequate remedy at law.

13. All conditions precedent to the bringing of this action have occurred or been waived.

WHEREFORE, Plaintiff, NANCY RICHARDSON MCCASKEY, as Trustee of the Nancy Richardson McCaskey Revocable Trust, requests judgment in the Trust's favor ordering Defendants, EDWARD A. MULÉ and MARIAN M. MULÉ to convey the Property to the Trust

pursuant to the terms set forth in the Contract, together with an award of damages and costs, and all such other and further relief as the Court deems just and proper.

Dated this 2nd day of October, 2015.

WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.

By: /s/ Gregory N. Woods
Gregory N. Woods
Florida Bar No. 175500
Rachel A. Kerlek
Florida Bar No. 55725
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
gwoods@lawfirmnaples.com
rkerlek@lawfirmnaples.com
dbutterworth@lawfirmnaples.com
Attorneys for Plaintiff