UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY RICHARDSON McCASKEY, as
Trustee of the Nancy Richardson McCaskey
Revocable Trust,

    Plaintiff,                             Case No. 2:15-CV-00690-JES-MRM

v.

EDWARD A. MULÉ and MARIAN M.
MULÉ,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, NANCY RICHARDSON McCASKEY, as Trustee of the Nancy Richardson McCaskey Revocable Trust, by and through her undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice of voluntary dismissal with prejudice of the instant action, with each party to bear its own attorneys' fees and costs.

Dated this 21st day of December, 2015.

                                  **WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

                              By:   /s/ Rachel A. Kerlek
                                  Gregory N. Woods
                                  Florida Bar No. 175500
                                  Rachel A. Kerlek
                                  Florida Bar No. 55725
                                  9045 Strada Stell Court, Suite 400
                                  Naples, FL 34109
                                  (239) 325-4070–Telephone
                                  (239) 325-4080–Facsimile
                                  Attorneys for Plaintiffs
                                  gwoods@lawfirmnaples.com (Primary)
                                  rkerlek@lawfirmnaples.com (Secondary)
                                  dbutterworth@lawfirmnaples.com (Secondary)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed via the CM-ECF system, which will serve a copy of same with the following counsel of record:

Eugene P. Murphy, Esq.
ROBINSON & COLE, LLP
801 Brickell Avenue, Suite 900
Miami, FL 33131
emurphy@rc.com

Dated this 21st day of December, 2015.

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

By: /s/ Rachel A. Kerlek
Gregory N. Woods
Florida Bar No. 175500
Rachel A. Kerlek
Florida Bar No. 55725
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070–Telephone
(239) 325-4080–Facsimile
gwoods@lawfirmnaples.com
rkerlek@lawfirmnaples.com
dbutterworth@lawfirmnaples.com
Attorneys for Plaintiff