```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

NANCY RICHARDSON MCCASKEY,
as Trustee of the Nancy
Richardson McCaskey
revocable trust,

    Plaintiff,

v.                               Case No: 2:15-cv-690-FtM-29MRM

EDWARD A. MULE and MARIAN M.
MULE,

    Defendants.

_____

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #18) and Notice of Release of Lis Pendens (Doc. #19) filed on December 21, 2015. No answer or motion for summary judgment has been filed by defendants; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice, with each party to bear their own costs

and fees. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___22nd___ day of December, 2015.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record